IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PENOVIA, LLC,<br><br>       Plaintiff,<br>v.<br><br>SHARP ELECTRONICS CORPORATION,<br><br>       Defendant, | Civil Action No. 2:14-cv-236<br><br>**JURY TRIAL DEMANDED** |

## PARTIES' JOINT MOTION TO STAY PENDING SETTLEMENT PAPERS

Plaintiff Penovia, LLC ("Penovia") and Defendant Sharp Electronics Corporation ("Sharp") hereby submit this Joint Motion to Stay Pending Settlement Papers in the present case in view of the parties' agreement on terms for settlement. At this time, Penovia and Sharp have reached a settlement in principle and are in the process of finalizing the settlement terms and agreement. In light of the anticipated settlement, and the subsequent dismissal of this action, Penovia and Sharp submit that judicial resources would best be served by a temporary stay of any further proceedings for forty five (45) days, while the parties finalize their formal agreements.

For the foregoing reasons, Penovia and Sharp request that the Court grant this joint motion and enter a temporary stay of all further proceedings in the case between Penovia and Sharp for forty five (45) days, until July 18, 2014. A proposed order granting this motion is filed concurrently herewith for the Court's convenience.

Dated:  June 3, 2014	Respectfully submitted,

/s/Andrew W. Spangler
Andrew W. Spangler SB# 24041960
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email: spangler@spanglerlawpc.com

Stamatios Stamoulis DE SB No. 4606
   stamoulis@swdelaw.com
Richard C. Weinblatt DE SB No. 5080
   weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile:  (302) 762-1688

***Attorneys for Plaintiff Penovia LLC***


*/s/ Christopher P. Broderick*
Christopher P. Broderick, SB# 180254
   cbroderick@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Robert J Benson, SB# 155971
   rbenson@orrick.com
ORRICK HERRINGTON & SUTCLIFFE, LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:  +1 949-852-7705
Facsimile: +1 949-567-6710

***Attorneys for Defendant Sharp Electronics Corporation***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-(5)(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this 3rd day of June, 2014.

/s/Andrew W. Spangler
Andrew W. Spangler