# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PENOVIA LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>ALIPH, INC.,<br><br>   *Defendant.* | Civil Action No. 2:14-cv-00162-JRG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Penovia LLC. ("Plaintiff") hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the Plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the complaint. Accordingly, Plaintiff voluntarily dismisses Defendant without prejudice pursuant to Rule 41(a)(1).

| | |
|---|---|
| Dated: June 3, 2014 | */s/ Andrew W. Spangler* |
| | Andrew W. Spangler TX SB #24041960 |
| |     spangler@spanglerlawpc.com |
| | Spangler Law P.C. |
| | 208 N. Green Street, Suite 300 |
| | Longview, TX 75601 |
| | Telephone: (903) 753-9300 |
| | Facsimile: (903) 553-0403 |
| | |
| | Stamatios Stamoulis DE SB #4606 |
| |     stamoulis@swdelaw.com |
| | Richard C. Weinblatt DE SB #5080 |
| |     weinblatt@swdelaw.com |
| | Stamoulis & Weinblatt LLC |
| | Two Fox Point Centre |
| | 6 Denny Road, Suite 307 |
| | Wilmington, DE 19809 Telephone: (302) 999-1540 |
| | Facsimile: (302) 762-1688 |
| | |
| | *Attorneys for Plaintiff* |
| | *Penovia LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served June 3, 2014, with a copy of this document via the Court's CM/ECF system.

/s/ Andrew W. Spangler
Andrew W. Spangler TX SB #24041960