# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PENOVIA, LLC,<br><br>      Plaintiff,<br>v.<br><br>SONY ELECTRONICS INC.,<br><br>      Defendant, | Civil Action No. 2:14-cv-237<br><br>**JURY TRIAL DEMANDED** |

## PARTIES' JOINT MOTION TO STAY PENDING SETTLEMENT PAPERS

      Plaintiff Penovia, LLC ("Penovia") and Defendant Sony Electronics Inc. ("Sony") hereby submit this Joint Motion to Stay Pending Settlement Papers in the present case in view of the parties' agreement on terms for settlement.  At this time, Penovia and Sony have reached terms of settlement and are in the process of finalizing the settlement papers.  In light of the forthcoming settlement, and the subsequent dismissal of this action, Penovia and Sony submit that judicial resources would best be served by a temporary stay of any further proceedings for forty five (45) days, while the parties finalize their formal agreements.

      For the foregoing reasons, Penovia and Sony request that the Court grant this joint motion and enter a temporary stay of all further proceedings in the case between Penovia and Sony for forty-five (45) days, until July 18, 2014.  A proposed order granting this motion is filed concurrently herewith for the Court's convenience.

Dated: June 3, 2014                     Respectfully submitted,

By: /s/Andrew W. Spangler
Andrew W. Spangler
State Bar. No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email: spangler@spanglerlawpc.com

Stamatios Stamoulis DE SB No. 4606
    stamoulis@swdelaw.com
Richard C. Weinblatt DE SB No. 5080
    weinblatt@swdelaw.com
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

**ATTORNEYS FOR PLAINTIFF PENOVIA LLC**


By: /s/ Deron R. Dacus
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117
    ddacus@dacusfirm.com

**ATTORNEY FOR DEFENDANT SONY ELECTRONICS INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-(5)(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this 3rd day of June, 2014.

/s/Andrew W. Spangler
Andrew W. Spangler