# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PENOVIA LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION,<br><br>Defendant. | Case No. 2:14-cv-00161-JRG<br><br>CONSOLIDATED ACTION LEAD CASE<br><br>JURY TRIAL DEMANDED |
| PENOVIA LLC,<br><br>Plaintiff,<br><br>v.<br><br>YAMAHA CORPORATION OF AMERICA,<br><br>Defendant. | Case No. 2:14-cv-00241-JRG<br><br>JURY TRIAL DEMANDED |

## DEFENDANT YAMAHA'S UNOPPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Yamaha Corporation of America ("Yamaha") hereby files its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint. Yamaha shows the following in support:

1. On April 17, 2014, Yamaha filed its First Unopposed Application for Extension of Time to Answer Complaint. *See* ECF No. 9.

2. On April 17, 2014, the Court granted Yamaha's First Unopposed Application for Extension of Time to Answer Complaint setting May 19, 2014 as the last day to respond to the Complaint.

3. On May 16, 2014, Yamaha filed its Second Unopposed Application for Extension of Time to Answer Complaint. *See* ECF No. 12.

4. On May 16, 2014, the Court granted Yamaha's Second Unopposed Application for Extension of Time to Answer Complaint setting June 3, 2014 as the last day to respond to the Complaint.

5. Yamaha and Plaintiff Penovia LLC have been and continue to be actively engaged in settlement discussions.

6. Counsel for Yamaha seeks this extension of time to further facilitate settlement discussions between the parties. For good cause, Yamaha hereby moves the Court for a 17-day extension including up to June 20, 2014 to answer or otherwise respond to Penovia's Complaint.

Dated: June 3, 2014          /s/ Brian M. Koide
                                              Brian M. Koide (459973)
                                              CROWELL & MORING LLP
                                              1001 Pennsylvania Avenue, N.W.
                                              Washington, D.C. 20004-2595
                                              Telephone: (202) 624-2931
                                              Facsimile: (202) 628-5116
                                              bkoide@crowell.com

*Attorney for Defendant Yamaha Corporation of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 3, 2014, I caused a copy of the foregoing Notice of Appearance to be served electronically via the Court's CM/ECF system on all counsel who have consented to electronic service, pursuant to Local Rule CV-5(a)(3).

       /s/ Brian M. Koide
Brian M. Koide (459973)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2931
Facsimile: (202) 628-5116
bkoide@crowell.com

*Attorney for Defendant Yamaha Corporation of America*