IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PENOVIA LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § | Civil Action No. 2:14-cv-00161-JRG |
| ACER AMERICA CORPORATION, | | LEAD CASE |
| Defendant. | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PENOVIA LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § | Civil Action No. 2:14-cv-00173-JRG |
| FUJITSU AMERICA, INC., | | CONSOLIDATED CASE |
| Defendant. | | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant, Fujitsu America, Inc., files this Notice of Appearance of Counsel and shows:

1.      Fujitsu America, Inc. desires to designate Andy Tindel as counsel for Defendant, Fujitsu America, Inc. in the above referenced civil action.

2.      Andy Tindel is a member in good standing of the bar of the United States District Court for the Eastern District of Texas.  The information required by E. Dist. Tex. Loc. Ct. R. CV-11 for appearing counsel is as follows:

          ANDY TINDEL
Texas State Bar No. 20054500
MT²L AW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel:    (903) 596-0900
Fax:    (903) 596-0909
Email: atindel@andytindel.com

All notices, orders or other filings concerning the above referenced civil action may be delivered to Andy Tindel at the above address.

Dated:  June 17, 2014

Respectfully submitted,

_____

ANDY TINDEL
Texas State Bar No. 20054500

MT²L AW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel:    (903) 596-0900
Fax:    (903) 596-0909
Email:  atindel@andytindel.com

ATTORNEY FOR DEFENDANT
FUJITSU AMERICA, INC.

## CERTIFICATE OF SERVICE

    This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument on this 17th day of June, 2014. Any other counsel of record will be served via electronic transmission.

_____
Andy Tindel